IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE EVERETT WELCH, | No. C 13-4098 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| TIMOTHY BUSHY; JEFFREY A. BEARD; T. DIAZ; F. CISNEROS, | (Dkt. 4, 6) |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at the California Institution for Men in Chino, California ("C.I.M."), filed this civil rights case under 42 U.S.C. 1983 complaining about conditions of his confinement at C.I.M.. Defendants are located at C.I.M.. C.I.M. and Chino are located in San Bernardino County, which lies within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the applications to proceed in forma pauperis are deferred to the Central District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October  30  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE